UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**In re: BAYCOL PRODUCTS LITIGATION** **MDL No. 1431(MJD/JGL)**

---

**This Document Relates to**
**MICHAEL JACOBS and MALY JACOBS** **PLAINTIFFS**

**v.**

**BAYER CORPORATION and BUDGET HEALTH CORP.** **MDL Case No: 02-CV-0146MJD**

**DEFENDANTS**

---

**ORDER APPROVING STIPULATION**
**FOR DISMISSAL OF ACTION WITH PREJUDICE**

THIS CAUSE having come before the Court on the Stipulation For Dismissal of Action With Prejudice, the Court having reviewed the file and being otherwise advised in the premises, it is

**ORDERED AND ADJUDGED** that this action, and all claims asserted or which could have been asserted in the action, are hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Michael J. Davis
Michael J. Davis
United States District Judge

March 17, 2003

FILED MAR 17 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK